**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES of AMERICA**<br><br>**v.**<br><br>**ALONZO HINNANT,**<br><br>*Defendant*. | **Criminal No.: 25-cr-0315**<br>**Judge: Loren L. AliKhan**<br>**Next Event: Status Hearing 2/17/26** |

## ENTRY OF APPEARANCE

Please enter the appearance of attorney Joseph Caleb for Defendant Alonzo Hinnant in the above-captioned matter.

Respectfully submitted,

_____
Joseph P. Caleb, Esq.
Bar No. 495383
CalebLaw, PLLC
1100 H St NW
Suite 315
Washington, DC 20005
E-mail: joseph@caleblaw.io

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February 2026 a copy of the foregoing Entry of Appearance was filed and served upon all counsel of record via the Court's electronic filing system.

_____
Joseph Caleb, Esquire

2