**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 25-CR-315 (LLA)** |
| | : | |
| **ALONZO HINNANT,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Comes now, the United States of America, by and through its attorney, the United States

Attorney for the District of Columbia and undersigned counsel and respectfully gives notice that

Assistant United States Attorney Colleen Bloss withdraws as counsel for the United States in this

matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    /s/  Colleen Bloss
Colleen Bloss
TX Bar No. 24082160
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7063
colleen.bloss@usdoj.gov